# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0603
Lower Tribunal No. 2023-DP-000407

_____

In the Interest of A.M.M., a child.

L.M.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
Gilberto Perez, Judge.

February 19, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and GANNAM, JJ., concur.

Kevin C. Shirley, Punta Gorda, for Appellant.

Meredith K. Hall, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee, Department of Children and Families.

Kristie L. Hatcher-Bolin, of Defending Best Interests Statewide Guardian ad Litem Office and GrayRobinson, P.A., Lakeland, and Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Caitline E. Burke, Senior Attorney, Appellate Division, Tallahassee, for Appellee, Guardian ad Litem.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED